UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CARRIE A. ANDERSON, et al., | |
|---|---|
| Plaintiffs, | |
| v. | C20-1125 TSZ |
| WHATCOM COUNTY, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and related deadlines, docket no. 26, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **November 29, 2021** |
|---|---|
| Deadline for joining parties | May 7, 2021 |
| Deadline for amending pleadings | May 7, 2021 |
| Disclosure of expert testimony | May 7, 2021 |
| Discovery motions filing deadline | June 28, 2021 |
| Discovery completion deadline | August 6, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Dispositive motions filing deadline | September 9, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | September 16, 2021 |
| Motions in limine filing deadline | October 28, 2021 |
| Agreed pretrial order due | November 12, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | November 12, 2021 |
| Pretrial conference | November 19, 2021 at 10:00 a.m. |

(2)   The provisions of the Minute Order Setting Trial and Related Dates, docket no. 11, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2