UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE A. ANDERSON, in her personal capacity and as Personal Representative of the ESTATE OF KIRK DANIEL POWLESS, et al.,

Plaintiffs,

v.

WHATCOM COUNTY, et al.,

Defendants.

C20-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 35, plaintiffs are GRANTED leave to amend their pleadings. Plaintiffs shall electronically file their Second Amended Complaint within seven (7) days of the date of this Minute Order.

(2) Pursuant to the stipulation of the parties, docket no. 36, the trial date is CONTINUED and the related deadlines are EXTENDED as follows:

| **JURY TRIAL DATE (10-12 days)** | **January 31, 2022** |
| --- | --- |
| Deadline for joining parties | July 6, 2021 |
| Deadline for amending pleadings | July 6, 2021 |

MINUTE ORDER - 1

| Disclosure of expert testimony | August 5, 2021 |
|---|---|
| Discovery motions filing deadline | August 27, 2021 |
| Discovery completion deadline | October 5, 2021 |
| Dispositive motions filing deadline | November 8, 2021 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | November 15, 2021 |
| Motions in limine filing deadline | December 27, 2021 |
| Agreed pretrial order due | January 11, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 11, 2022 |
| Pretrial conference | January 21, 2022 at 10:00 a.m. |

(3)   The provisions of the Minute Order Setting Trial and Related Dates, docket no. 11, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(4)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2