1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

10

11

12

13

14

CARRIE A. ANDERSON, in her Personal
Capacity and as Personal Representative of the
ESTATE OF KIRK DANIEL POWLESS,
deceased; *et al.*,

Plaintiffs,

v.

WHATCOM COUNTY, a political subdivision
of the State of Washington; *et al.*,

Defendants.

NO.  2:20-cv-01125-TSZ

**STIPULATED MOTION TO FILE
EXHIBIT UNDER SEAL**

15

16

17

18

THE PARTIES, by and through their respective counsel, jointly move this Court for an

Order pursuant to Local Rule 5(g) to seal Exhibit 121 filed in support of Plaintiff's Motion for

Summary Judgment. The Parties stipulate and agree as follows:

19

20

21

1.       Plaintiff's Motion relies on an exhibit that this Court has designated as

"Confidential" under the Stipulated Protective Order issued on September 14, 2020. Dkt # 14. The

Parties jointly file this Motion consistent with that Protective Order.

22

23

24

25

2.       Counsel for Plaintiff hereby certifies that on September 14, 2021, he met and

conferred with all other Parties via email, to reach agreement on the need to file the document under

seal. *See* Exhibit A to the subjoined Declaration of Ryan D. Dreveskracht in Support of Stipulated

Motion to File Exhibit Under Seal.

STIPULATED MOTION TO FILE UNDER SEAL          1

3.      Defendant Sally Andrews remains resolute that this document be filed under seal. *See id.*

4.      In consideration of these communications the Parties therefore stipulate to filing Exhibit 121 under seal and to the filing of the agreed Order below.

5.      By so stipulating, neither Plaintiff nor Defendants consent to discovery above or beyond those permitted by the Federal Rules of Civil Procedure or this Court's Local Rules.

Respectfully submitted this 14th day of September, 2021.

By: /s/ George Roche
GEORGE ROCHE, WSBA #45698
Civil Deputy Prosecuting Attorney for
Whatcom County Defendants & Stewart
Andrews
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201
Bellingham, WA 98225
groche@co.whatcom.wa.us

By: /s/ John E. Justice
John E. Justice, WSBA #23042
Counsel for Whatcom County Defendants
Law, Lyman, Daniel, Kamerrer &
Bogdanovich, P.S.
PO Box 11880
Olympia, WA 98508
jjustice@lldkb.com

By: /s/ Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
Counsel for Plaintiffs
Galanda Broadman, PLLC
P.O. Box 15146
Seattle, WA 98115
ryan@galandabroadman.com

STIPULATED MOTION TO FILE UNDER SEAL     2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By:   /s/ Nicholas C. Larson
      Nicholas C. Larson, WSBA #46034
      Counsel for Defendants Sally Andrews and
      Kyle Pritchard
      Murphy Pearson Bradley & Feeney
      1455 NW Leary Way, Suite 400
      Seattle, WA 98107
      nlarson@mpbf.com

By:   /s/ Ramona N. Hunter
      Ramona N. Hunter, WSBA #31482
      Hailey K. Delay, WSBA #54887
      Counsel for Compass Health and Heidi Zosel
      Wilson, Elser, Moskowitz, Edelman & Dicker
      LLP
      1700 7th Avenue Suite 2100
      Seattle, WA  98101
      Ramona.hunter@wilsonelser.com
      Hailey.delay@wilsonelser.com

STIPULATED MOTION TO FILE UNDER SEAL          3

1

2

**AGREED ORDER**

3
Pursuant to the Stipulation above, the Court hereby orders that Exhibit 121 be filed under

seal.

4

5
DATED this _____ day of September, 2021.

6

7
_____
THOMAS S. ZILLY
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO FILE UNDER SEAL       4

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115