UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE A. ANDERSON, in her Personal Capacity and as Personal Representative of the Estate of Kirk Daniel Powless, et al.,

        Plaintiffs,

v.

WHATCOM COUNTY, et al.,

        Defendants.

C20-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to seal, docket no. 79, is DENIED without prejudice. In their stipulated motion to seal, the parties referenced Exhibit 121, which was described in the declaration of Ryan D. Dreveskracht as a letter of resignation by Sally Andrews. *See* Dreveskracht Decl. at ¶ 122 (docket no. 66). Exhibit 121, however, has not been filed, *see* docket no. 76-11 (containing only a cover sheet for such exhibit), and thus, no document exists for the Court to review or order sealed. The ordinary procedure is for materials to be filed under seal contemporaneously with a motion to seal and for the Court to order, if appropriate, that the document remain sealed.

(2) The parties' stipulated motion for a continuance, docket no. 83, is GRANTED as follows:

| **JURY TRIAL DATE (10-12 days)** | **April 4, 2022** |
|---|---|
| Discovery completion deadline | December 6, 2021 |
| Dispositive motions filing deadline | January 13, 2022 |

MINUTE ORDER - 1

| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | January 20, 2022 |
|---|---|
| Motions in limine filing deadline | February 18, 2022 |
| Agreed pretrial order due | March 4, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions due | March 11, 2022 |
| Pretrial conference | March 25, 2022 at 10:00 a.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 11, as amended by the Minute Order entered April 7, 2021, docket no. 38, remain in full force and effect.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of September, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2