# EXHIBIT 2



# CRITICAL INCIDENT REVIEW REPORT

| | |
|---|---|
| | Report Date<br>8/24/20 |

| Offender Name<br>Powless, Kirk | Event #<br>18A20853 | Critical Incident Review #<br>20-CIR-001 |
|---|---|---|
| Name of Initiator<br>Chief Wendy Jones | Team Leader(s)<br>Lt. Caleb Erickson | Team Members<br>Barry Lovell          Stuart Andrews<br>Kristine Glasgow    BreAnna Brock |

| **INCIDENT** ||
|---|---|
| Date and Time: June 4th, 2018 1100 | Location: Whatcom County Jail, 2nd floor, Unit 2A, Cell 2A04 |

Based on an Administrative review of 20-CIR-001 the following incident review was initiated on August 27th, 2020.

**Brief Description of Incident**

On Thursday, June 4th, 2018 at about 10:05 a.m. Mr. Kirk Powless, an offender at the Whatcom County Jail, put a portion of a shirt over that top of his open door, secured the door and used the shirt to asphyxiate himself.

At about 11:00 hours Mr. Powless was found non-responsive.  Fellow inmates in the tank noticed something odd and got the attention of Deputy Ignashova, who called for help and locked down the rest of the tank and, along with other deputies, began to provide aid to Powless.

Deputy Ignashova and Deputy Jenkins performed CPR and had Sgt. Lovell call for and Aid car.

At around 11:07 a.m. nursing staff took over for the deputies in CPR.

Aid arrived at about 11:18 a.m. and they took over care.

Aid stopped CPR at about 11:37 a.m.

The Medical Examiner's Office took Mr. Powless' body out of the jail at about 14:11 a.m.

Name, and Title of All Employees Involved: Deputy Violet Ignashova, Deputy Tim Kiele, Deputy Robert Ellsworth, Deputy Matthew Turner, Deputy Jeff Hindman, Deputy Matthew Charrion, Deputy Tijay Morres, Deputy Chris Freeman, Deputy Alan Epps, Deputy Daniel Otten, Sergeant Barry Lovell, Lieutenant Ernie Stach, Sergeant Lamont Bos, Deputy Josh Jenkins, Deputy David Kimball, Deputy Paul Hughes, Deputy Gordon Clark, Deputy Raul Bobadilla, Deputy Landon Marshall, Deputy Justin Snodgrass, Deputy Kazia Tjoelker, Nurses BreAnna Brock, Nurse Kyle Pritchard, Nurse Brandon Hoekema, Nurse Rob Johnson

Name, Name Numbers of All Offenders Involved: Alex FROST # 65164, Drew Neilan # 14492, Marcus Mosley # 732

Location and Description of Property Damaged: N/A

|                           |
|---------------------------|
| **REVIEW**                |
| **Chronological Summary of Facts/Events** |

Kirk Powless was presented for booking on 5/30/2018, following a Fit for Jail at St. Joseph's Hospital, at about 8:15 pm by Bellingham Police for the charges of Identity Theft and Possession of Stolen Property.  His medical screening was unremarkable, but he mentioned an abscess he had on his right buttock, for which he was taking antibiotics, but he did not wish to speak with medical staff.  He did not mention suicidal ideation when asked, nor did he tell deputies about his history of attempting suicide.  There was a note on his hard card saying he wasn't fingerprinted due to a hand injury.
He was housed in 2A04.

On 5/31/2018 at about 3:00 p.m. Mr. Powless went to Superior Court for first appearances on the Identity Theft and Possession of Stolen Property charges.  The Judge found probable cause and ordered Mr. Powless be held on $10,000 bail for both.

Later that day Bellingham Police added an offense to Mr. Powless' booking for Possession of Controlled Substance.
On 6/1/2018 at about 3:00 p.m. Mr. Powless went to Superior Court for his first appearance on the new Possession charge.  During court, he received a minor infraction for disobeying the deputy's order to keep quiet.  His case was heard and the judge ordered Mr. Powless be held on $10,000 bail for his offenses.  Mr. Powless returned to his room after court.  The total amount of bail was now $20,000.

There was nothing of any note over the next 2 days.  The following are observations based on reports of the incident and review of the video footage as well.

On 6/4/18 at about 10:05 a.m. the door to 2A04 can be seen on video opening and then closing shortly thereafter.  Powless was the only occupant of the cell.

At around 10:56 a.m. Deputy Matt Charrion entered the tank and walked to the stair well and to the upper tier where he pulled an inmate out of 2A10 with his belongings.

At 11:04 a.m. an inmate looked into 2A04 and pointed, then called another inmate over.  They looked closer into the cell and then ran up to the day room window 2A.  Ignashova was at the 2nd floor desk when inmates pounded on the window to get her attention.  She walked over to the cell and reports once the inmates near 2A04 moved she was able to see Powless with something apparently around his neck.  Ignashova called for backup and medical to respond to 2A then moved to use the control panel to try to open the door to 2A04 remotely.  Ignashova reported the door was difficult to open.

The door to 2A04 remained shut until about 11:06 a.m. when fellow inmates forced the door open with the help of Deputy Ignashova at the panel.

At 11:06 a.m. inmates were able to force open the door to 2A04 and Mr. Powless is visible on camera sitting on the floor, hunched over, with a white tee shirt around his neck. According to the reports of the incident, Mr. Powless' tee shirt was twisted around his head and neck and one end of the shirt was shut in the top of the door near the hinge,

and it appeared that he then sat down, hanging himself.

At approximately 1107 Deputies Jenkins, Kimball, Fortuna arrived on scene and immediately entered into the housing unit, told everyone to lock down and proceeded to 2A04.

Shortly thereafter Jenkins and Ignashova moved Mr. Powless out into the hallway a little way and Jenkins put his ear near Powless' mouth and watched his chest for rise and fall for a few seconds.

Ignashova radioed Sgt. Lovell to have Aid respond.  Lovell had Deputy Bobadilla bring up the AED and called 911 for an Aid response.

At 11:07:44 a.m. Ignashova began chest compressions.  Klutts helped nursing staff to gain entry to 2A.  Deputy Beaulieu entered 2A.

Nurse Brandon entered at 11:08 a.m.

Nurses BreAnna and Nurse Rob arrived at 11:08:35 a.m. with additional medical bags.

At 11:08:48 a.m.  Brandon took over chest compressions from Ignashova.

At 11:09:11 a.m.  Nurse Kyle arrived.  Shortly thereafter Deputy Hughes arrived as well followed by Deputy Bobadilla with the AED.

At 11:10:30 a.m.  Everyone allowed the AED to analyze and no shock is advised and Kyle took over for Brandon on chest compressions.

At 11:11:50 a.m. Everyone allowed the AED to analyze again and no shock is advised. Kyle continued chest compressions.

At 11:13:23 a.m.  Brandon took over for Kyle on chest compressions.

At 11:15 a.m. Kyle took over for Brandon on chest compressions.

At 11:16 a.m. Everyone allowed the AED to analyze, no shock is advised and Kyle continued chest compressions.

At 11:17 a.m. Beaulieu took over from Kyle on chest compressions.

At 11:18 a.m. Aid arrived with a gurney.

At 11:18:35 a.m. Everyone allows the AED to analyze, no shock is advised and Beaulieu continues chest compressions.

At 11:19:40 a.m. Aid took over care.  Mr. Powless was moved further into the hallway to provide more space for EMS to work.

At 11:21 a.m. Lieutenant Stach and Sergeant Lovell arrived.

At about 11:28 a.m. Aid declared Mr. Powless deceased.

At 11:30 a.m. Chief Jones arrived.

At 11:37 a.m. Aid covered Mr. Powless with a sheet.

At 11:38 a.m. Aid moved Mr. Powless back into 2A04.

At 11:39 a.m. Aid left 2A.

## Summary Opinion of Mental Health

Mental Health Encounters

Mr. Powless's jail  medical records , as well as from the Emergency Department of St. Joseph's Hospital, were reviewed.  They indicate a history of Bipolar Disorder,, PTSD, ADHD, Anxiety, depression, polysubstance abuse, and suicidal ideation.  Reviews of more recent   jail medical screenings showed they were similar regarding the information Mr. Powless shared with the Booking Deputy and were largely unremarkable as far as stated mental health issues or medications.  His interactions with the medical and mental health staff were notably similar to his most recent screening in that he refused to speak with them regarding either issues he reported during his medical screening or concerns related to prior incarcerations.  In the 12 receiving screening documents reviewed, going back to 2008, Mr. Powless consistently denied any history of suicide attempts or thoughts of suicide.

Jail medical records as a whole reveal no indication of SI or thoughts of self-harm during this incarceration or prior incarcerations going back to 2008 with the exception of a chart note in 2014. During that visit Powless interacted with Mental Health who noted that Powless suffered from severe depression with impulsive drug induced suicidality, but he denied any thoughts of current self-harm or suicide at that time.

Follow up attempts to speak with Mr. Powless over the phone or in the jail medical clinic were either ignored or refused.

Records from St. Joseph's Hospital indicate that Powless was hospitalized in 2013 for suicidal ideation when he attempted to overdose with  Xanex and later wanted to OD with heroin but fell asleep before he could complete the attempt. Hospital records indicate that Mr. Powless reported that this was his only suicide attempt and left the Emergency Department AMA . There are no other suicide attempts noted in any records available for this review.

## Observations of Video

**The below timeline correlates with the video marker time.  There are multiple camera angles used to document the as much of the event as possible.  The camera names/numbers are noted after the time marker.  The time on the video recording system is off from Pacific Standard Time.  All times are noted as they are displayed on the screen.**

**June 4th, 2018**

**08:08 202** Ignashova puts cleaning gear in the sally port for 2A and performs a security check on 2A/2B. Nurse BreAnna opens the hatch at 2B.

**08:11 202** Ignashova speaks to inmates in 2A/2B via the control panel and takes notes on a piece of paper.

**08:15 202** Nurse BreAnna is interacting with inmates in 2B while Ignashova stands by.

**08:24 202** Ignashova closes the control panel and walks away. Nurse BreAnna gives meds at 2B.

**08:25 202** BreAnna opens the chow hatch at 2A and gives meds to inmates at the hatch.

**08:26 202** BreAnna secures the chow hatch at 2A and moves the cart out of camera view.

**09:18 202** The call light indicator goes off in 2A and is cleared shortly thereafter. (Presumably via Control).

**09:24 202** Ignashova returns to the control panel.

**09:26 202** Ignashova opens the chow hatch at 2B and appears to speak to an inmate on the other side. She closes the hatch a few moments later and leaves camera view.

**09:49 202** Deputy Beaulieu opens the 2A chow hatch for Assigned Council and leaves camera view.

**09:53 202** Assigned Council leaves the area of 2A.

**10:03 202** Ignashova opens the control panel and closes it, then secures the chow hatch at 2A.

**10:05 202** Mr. Powless (presumably) opens the door to 2A04, appears to hang something in the top of the door near the hinge and closes the door.

**10:07 202** Ignashova opens the control panel and closes it about a minute later.

**10:11 202** Ignashova appears to speak with someone in 2B, opens the control panel pulls and inmate from 2B then leaves camera view.

**10:33 202** Beaulieu opens the control panel and puts an inmate into 2B. He closes the panel a few moments later and leaves camera view.

**10:41 202** Ignashova opens the control panel, closes it a few moments later and leaves camera view.

**10:52 202** Ignashova opens the control panel, closes it a few moments later and leaves camera view.

**10:55 202, 235 Deputies** Epps, Charrion and Hughes enter 2nd floor, then walk to 2A/2B. Epps opens the control panel, Charrion enters 2A and Hughes goes to the 2nd floor desk then moves to 2C/2D. Epps speaks with an inmate in 2B briefly and waits for Charrion to come out of 2A with an inmate.

**10:58 202, 235** Ignashova puts cleaning gear into 2A.

**10:59 202, 235** Ignashova puts cleaning gear into 2B.

**11:05 202, 235** 2 inmates in 2A appear to look closer at 2A04 then they run up to the window and pound on it to get Ignashova's attention. Ignashova is working at the 2nd floor desk. She comes over to 2A, uses the radio and opens the control panel.

**11:06 202** Ignashova attempt to open 2A04 multiple times. The door to 2A04 opens and Ignashova motions for the inmates in 2A to lock down. She uses the radio again.

**11:06 202, 305, 304** Inmates were able to force open the door to 2A04 and Mr. Powless is visible on camera sitting on the floor, hunched over, with a white tee shirt around his neck.

**11:07 202, 305, 304** Deputies Ignashova, Jenkins, Kimball, Fortuna and Klutts enter 2A.

**11:07 305** Ignashova steps over Powless into 2A04.

**11:07 305, 304** Jenkins and Ignashova lay Powless down, Jenkins looks listens and feels for signs of life.

**11:07 305** Klutts runs out of 2A.

**11:07 304** Ignashova began chest compressions

**11:07 305** Beaulieu, who has been holding the inner door open, enters 2A.
**11:07 305** Klutts runs back in 2A and hands the bag valve mask to Kimball who hands it off to Jenkins.
**11:07 305** Nurse Brandon enters.
**11:08 304** Charrion holds the door open for staff as they enter, then props the doors open with some spare mattresses.
**11:08 305** Nurses BreAnna and Rob arrive with additional medical bags.
**11:08 305** Brandon takes over chest compressions from Ignashova.
**11:09 305** Nurse Kyle arrives.  Shortly thereafter Deputy Hughes arrives as well followed by Deputy Bobadilla with the AED.
**11:09 305, 235** Bobadilla hands the AED off to BreAnna.  Charrion re-enters 2A.  Bobadilla locks down the rest of 2nd floor.
**11:10 305** Kyle takes over on chest compressions.
**11:11 235, 305** Bobadilla re-enters 2A followed by Charrion and Hughes.
**11:12 305, 304** Bobadilla clears items and debris from the floor near the tables.
**11:13 305, 304** Brandon takes over for Kyle on chest compressions.
**11:15 304** Kyle took over for Brandon on chest compressions.
**11:15 101** Aid car arrives in Sally port 1, Engine company follows on foot.
**11:15 305, 235** Klutts leaves 2A, goes to the 2nd floor desk, grabs gloves, puts some in his pocket returns to 2A and hands some to Beaulieu.
**11:15 305** Bobadilla begins to write things down.
**11:17 305** Beaulieu takes over chest compressions from Kyle.
**11:17 305** Fortuna begins to brief Bobadilla on what happened.
**11:17 235** Aid arrives on 2nd floor with Deputy Epps, who is escorting them.
**11:17 305** Aid arrives in 2A with a gurney.
**11:18 305** Everyone allows the AED to analyze, no shock is advised and Beaulieu continues chest compressions.
**11:19 305** Aid took over care.  Mr. Powless was moved further into the hallway to provide more space for EMS to work.
**11:21 305** Lieutenant Stach and Sergeant Lovell arrived.
**11:28 305** Aid declared Mr. Powless deceased.
**11:30 305** Chief Jones arrived.
**11:37 305** Aid covered Mr. Powless with a sheet.
**11:38 305** Aid moved Mr. Powless back into 2A04.
**11:39 305** Aid left 2A.

### Reviewer notes

- There are multiple camera angles showing a broad view of the events that occurred and verify the timeline of events as they occurred.
- Times noted in the individual reports written about this incident vary slightly but not enough to be of concern.

### ASSESSMENT OF MEDICAL CARE

**Medical Review Board Members-** Dr. Stewart Andrews, BreAnna Brock (Nursing Supervisor | Northwest Regional

Distribution:  ORIGINAL-Prosecutor's Office   COPY-Appointing Authority,  Administrative Secretary
(Rev. 07/17/18)                    Critical Incident Review Report                    Page **6** of **12**

WC03690

Council (Whatcom County Jail) and Kristine Glasgow (Operations Director/Jail Health Administrator reviewed available video and discussed the incident from medical standpoint.

All three unilaterally agreed that the medical departments response to this incident followed procedures and practices both leading up to and during this incident. They noted that the medical staffs' response was prompt, organized and professional. The medical review team discussed if any additional steps could have been done to change the outcome of this incident. They discussed whether or not Powless could have been put on withdrawal protocol due to his history of drug abuse and could that have changed the outcome. They determined that it is difficult to say considering Powless's refusal to take any medications or speak with medical or mental health staff to initiate the start up medications. A similar discussion regarding our Suboxone program, which was not up and running at the time of this incident, was had and determined the outcome would likely have been the same.

They also discussed that moving forward that they insist inmates who refuse medical or mental health care do so in person. They also determined that should an inmate refuse to speak with medical staff, that the medical staff would check local hospital records to ensure they have a bigger picture of the person's health profile. The discussion included that idea of creating a small review group that would meet to discuss people who refuse to speak with medical/mental health to determine if they need closer monitoring. They decided that a change in practice or protocol likely would not have changed the outcome of this incident.
Narcan was administered twice at appropriate times.

**Staff Incident Reports**

- Sergeant Lovell wrote one incident report (See attached report). Sergeant Lovell's report accurately reflects his immediate actions and directives issued to jail staff and adhere to Jail policies, procedures and RCW. Sergeant Lovell's actions and directives have been verified to be true and accurate as noted in other staff reports and what can be seen on available video
- Deputy Jenkins wrote one incident report (See attached report). Deputy Jenkins's report accurately reflects his recollection of this incident and adhere to jail policies, procedures and RCW. Deputy Jenkins actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Kimball wrote one incident report (See attached report). Deputy Kimball's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Kimball's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Marshall wrote one incident report (See attached report). Deputy Marshall's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Marshall's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Charroin wrote one incident report (See attached report). Deputy Charroin's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Charroin's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Ignashova wrote one incident report (See attached report). Deputy Ignashova's report accurately reflects her recollection of this incident and her actions adhere to jail policies, procedures and RCW. Deputy Ignashova's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.

- Deputy Beaulieu wrote one incident report (See attached report). Deputy Beaulieu's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Beaulieu's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Klutts wrote one incident report (See attached report). Deputy Klutts's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Klutts's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.
- Deputy Ellsworth wrote one incident report (See attached report). Deputy Ellsworth's report accurately reflects his recollection of this incident and his actions adhere to jail policies, procedures and RCW. Deputy Ellsworth's actions appear to be true and accurate as noted in other staff reports and what can be seen in available video.

### Reviewer notes in reference to staff reports

Staff reports indicate that at the date and time of this event jail was appropriately staffed and that staff responded to the incident according to jail policies and procedures for a death in the jail and are consistent with all the available video. The jail staff reports of this incident are accurate and any discrepancies of time reported vs. what is on video are inconsequential to the incident or it's outcome. It is worth mentioning that all deputies reported that the ligature used was a white sheet, when in reality it was a white tee shirt.

### The below is a timeline of the incident

**May 30th, 2018**

**1715** Bellingham Police Dept arrived with Mr. Powless for booking. Following his medical screening he was sent to St. Joseph's Hospital for "Fit for Jail" screening due to concern over an injury to his hand as recommended by Nurse Krista.

**2014** Mr. Powless returned to the jail from the hospital declared Fit for Jail.

**2026** Mr. Powless was placed in general purpose housing in cell 2A04

**May 31, 2018**

**1110** Mr. Powless refused to speak with RN on the phone to review receiving screen. Scheduled for clinic for assessment of abscess.

**1310** Mr. Powless refused nurse clinic. Rescheduled for next day.

**June 1st, 2018**

**1339** Mr. Powless refused nurse clinic. Orders processed for antibiotic and naproxen to treat abscess.

**1500** Nurse printed records from Peacehealth St. Joes hospital. Submitted Mental Health Referral for history of PTSD, Bipolar, Anxiety.

**June 3rd, 2018**

**1127** Heidi called patient (Mr. Powless) in cell in response to mental health referral. Pt stated "It's like we do this every time, I don't need anything from you guys." Denied concerns, denied feeling suicidal, and denied taking psych meds. When asked questions for behavior health assessment (BHA), pt. stated "None of your business."

**June 4th, 2018**

Unknown time- Presumably in the AM   Chart reviewed for work center clearance, and patient was NOT cleared.

**08:08** Ignashova puts cleaning gear in the sally port for 2A and performs a security check on 2A/2B.  Nurse BreAnna opens the hatch at 2B.

**08:11** Ignashova speaks to inmates in 2A/2B via the control panel and takes notes on a piece of paper.

**08:15** Nurse BreAnna is interacting with inmates in 2B while Ignashova stands by.
**08:24** Ignashova closes the control panel and walks away.  Nurse BreAnna gives meds at 2B.
**08:25** BreAnna opens the chow hatch at 2A and gives meds to inmates at the hatch.
**08:26** BreAnna secures the chow hatch at 2A and moves the cart out of camera view.
**09:18** The call light indicator goes off in 2A and is cleared shortly thereafter. (Presumably via Control).
**09:24** Ignashova returns to the control panel.
**09:26** Ignashova opens the chow hatch at 2B and appears to speak to an inmate on the other side.  She closes the hatch a few moments later and leaves camera view.
**09:49** Deputy Beaulieu opens the 2A chow hatch for Assigned Council and leaves camera view.
**09:53** Assigned Council leaves the area of 2A.
**10:03** Ignashova opens the control panel and closes it, then secures the chow hatch at 2A.
**10:05** Mr. Powless (presumably) opens the door to 2A04, appears to hang something in the top of the door near the hinge and closes the door.
**10:07** Ignashova opens the control panel and closes it about a minute later.
**10:11** Ignashova appears to speak with someone in 2B, opens the control panel pulls and inmate from 2B then leaves camera view.
**10:33** Beaulieu opens the control panel and puts an inmate into 2B.  He closes the panel a few moments later and leaves camera view.
**10:41** Ignashova opens the control panel, closes it a few moments later and leaves camera view.
**10:52** Ignashova opens the control panel, closes it a few moments later and leaves camera view.
**10:55** Deputies Epps, Charroin and Hughes enter 2nd floor, then walk to 2A/2B.  Epps opens the control panel, Charrion enters 2A and Hughes goes to the 2nd floor desk then moves to 2C/2D.  Epps speaks with an inmate in 2B briefly and waits for Charrion to come out of 2A with an inmate.
**10:58** Ignashova puts cleaning gear into 2A.
**10:59** Ignashova puts cleaning gear into 2B.
**11:05** 2 inmates in 2A appear to look closer at 2A04 then they run up to the window and pound on it to get Ignashova's attention.  Ignashova is working at the 2nd floor desk.  She comes over to 2A, uses the radio and opens the control panel.
**11:06** Ignashova attempt to open 2A04 multiple times.  The door to 2A04 opens and Ignashova motions for the inmates in 2A to lock down.  She uses the radio again.
**11:06** Inmates were able to force open the door to 2A04 and Mr. Powless is visible on camera sitting on the floor, hunched over, with a white tee shirt around his neck.
**11:07** Deputies Ignashova, Jenkins, Kimball, Fortuna and Klutts enter 2A.
**11:07** Ignashova steps over Powless into 2A04.
**11:07** Jenkins and Ignashova lay Powless down, Jenkins looks listens and feels for signs of life.
**11:07** Klutts runs out of 2A.
**11:07** Ignashova began chest compressions
**11:07** Beaulieu, who has been holding the inner door open, enters 2A.
**11:07** Klutts runs back in 2A and hands the bag valve mask to Kimball who hands it off to Jenkins.
**11:07** Nurse Brandon enters.
**11:08** Charrion holds the door open for staff as they enter, then props the doors open with some spare mattresses.
**11:08** Nurses BreAnna and Rob arrive with additional medical bags.

| |
|---|
| **11:08** Brandon takes over chest compressions from Ignashova. |
| **11:09** Nurse Kyle arrives.  Shortly thereafter Deputy Hughes arrives as well followed by Deputy Bobadilla with the AED. |
| **11:09** Bobadilla hands the AED off to BreAnna.  Charrion re-enters 2A.  Bobadilla locks down the rest of 2nd floor. |
| **11:10** Kyle takes over on chest compressions. |
| **11:11** Bobadilla re-enters 2A followed by Charrion and Hughes. |
| **11:12** Bobadilla clears items and debris from the floor near the tables. |
| **11:13** Brandon takes over for Kyle on chest compressions. |
| **11:15** Kyle took over for Brandon on chest compressions. |
| **11:15** Aid car arrives in Sally port 1, Engine company follows on foot. |
| **11:15** Klutts leaves 2A, goes to the 2nd floor desk, grabs gloves, puts some in his pocket returns to 2A and hands some to Beaulieu. |
| **11:15** Bobadilla begins to write things down. |
| **11:17** Beaulieu takes over chest compressions from Kyle. |
| **11:17** Fortuna begins to brief Bobadilla on what happened. |
| **11:17** Aid arrives on 2nd floor with Deputy Epps, who is escorting them. |
| **11:17** Aid arrives in 2A with a gurney. |
| **11:18** Everyone allows the AED to analyze, no shock is advised and Beaulieu continues chest compressions. |
| **11:19** Aid took over care.  Mr. Powless was moved further into the hallway to provide more space for EMS to work. |
| **11:21** Lieutenant Stach and Sergeant Lovell arrived. |
| **11:28** Aid declared Mr. Powless deceased. |
| **11:30** Chief Jones arrived. |
| **11:37** Aid covered Mr. Powless with a sheet. |
| **11:38** Aid moved Mr. Powless back into 2A04. |
| **11:39** Aid left 2A. |
| END OF TIMELINE |
| **Summary of Witness Statements (Include Name of Each Witness)** |
| See Attached Bellingham Police Report |
| **Summary of Facts** |
| Kirk Powless, a 38-year-old male, was booked into Whatcom County Jail on May 30th, 2018 at approximately 2014 hours following a visit to St. Joseph's Hospital for a Fit for Jail for a hand injury. |
| Mr. Powless was found by inmates in his housing unit hanging from the door of his cell(2A04) with a ligature around his neck, unresponsive at 11:06 on June 4th, 2018. Deputies and Jail Medical Staff attempted to revive until relieved by Paramedics at 11:17. |
| Paramedics continued rescue efforts to revive Mr. Powless until 11:28, when they declared that he was deceased. |

| LIST OF APPLICABLE RCWs/WACs/WCSO POLICIES AND PROCEDURES |
|---|
| Incident Reports, Policy 208: Fit for Jail, Policy 255: Death in a Corrections Facility, Policy 306: Security Checks and Policy 316: Inmate Classification. |

| RECOMMENDATIONS |
|---|
| The Review Board considered a number of issues this event brought to light.<br><br>1. **Is there any indication in the information provided that staff did not follow current policy or practice?**<br>The review board did not find any indication that any policy or practice was not followed.<br>2. **To prevent a similar occurrence in our facilities, what policies would you ensure were in place if not already listed?**<br>Although it is not clear that it would have changed the outcome, the review board discussed the option of more closely monitoring individuals who refuse to speak with medical. This is reportedly a high number of people.<br>3. **What of our current polices do you think need to be addressed and in what way?**<br>In the same manner as question 2, the review board discussed how to identify and better monitor people who refuse to speak with medical staff.<br>4. **Are any specific practices or procedures that we lack that could be implemented to prevent this from happening again?**<br>The review board discussed ensuring that when someone refuses to speak with medical staff that they check the local hospital records to ensure they have a bigger picture of the person's health profile. This is current practice and it shows in the records that this happened in the case of Mr. Powless, but the board re-emphasized this point.<br>In addition, the review board also discussed creating a small review group that would meet to discuss people who refuse to speak with medical to determine if they need closer monitoring.<br>The addition of a Suboxone program which was put in place post incident.<br>Electronic medical records (EMR) program to replace our antiquated, hand written records would allow jail medical staff quicker access to records which are currently stored off-site. An EMR would also likely allow medical staff records to integrate with hospital records. |

| ACKNOWLEDGMENT |
|---|
| A special thank you to the members of the review board for their time and efforts reviewing this incident. The review of critical incidents can be difficult and taxing but each member was professional and responsive. |

_____ _____ _____
Team Lead (Print)                Team Lead Signature                Date

_____ _____ _____
Author (Print)                    Author Signature                      Date