UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE A. ANDERSON, individually and as Personal Representative of the Estate of Kirk Daniel Powless, et al.,

Plaintiffs,

v.

WHATCOM COUNTY; BILL ELFO; WENDY JONES; VIOLET IGNASHOVA; KYLE PRITCHARD; STEWART ANDREWS; CHRIS FREEMAN; HEIDI ZOSEL; CALEB ERICKSON; SALLY[1] ANDREWS; COMPASS HEALTH; and JOHN DOES 5–10,

Defendants.

C20-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  In light of the cross-motion for summary judgment, docket no. 98, filed by defendants Compass Health and Heidi Zosel (collectively, "Compass Defendants"), and the upcoming Thanksgiving holiday, the Court ORDERS as follows:

  (a)  Plaintiffs' motion for judgment on the pleadings, docket no. 64, and plaintiffs' motion for partial summary judgment, docket no. 77, are RENOTED to December 3, 2021;

---

[1] In the caption of the Second Amended Complaint, docket no. 39, defendant Sally Andrews is misidentified as Shelly Andrews; however, her name is correctly spelled in Paragraph 12 of the operative pleading, and the caption is hereby AMENDED accordingly.

MINUTE ORDER - 1

   (b) The Compass Defendants' cross-motion for summary judgment, docket no. 98, is RENOTED to December 3, 2021;

   (c) On or before November 29, 2021, plaintiffs shall file a consolidated response to the Compass Defendants' cross-motion for summary judgment and reply in support of their motions for judgment on the pleading and for partial summary judgment; such consolidated response and reply shall not exceed forty (40) pages in length; and

   (d) Any reply in support of the Compass Defendant's cross-motion for summary judgment shall not exceed ten (10) pages in length and shall be filed by the new noting date.

  (2) The parties' stipulated motion for extension, docket no. 100, is STRICKEN as moot.

  (3) On or before December 3, 2021, plaintiffs shall show cause why their claims against defendants John Does 5–10 should not be dismissed for failure to timely identify and join such individuals.  *See* Fed. R. Civ. P. 41(b).

  (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 3rd day of November, 2021.

            Ravi Subramanian
            Clerk

            s/Gail Glass
            Deputy Clerk

MINUTE ORDER - 2