UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE A. ANDERSON, individually and as Personal Representative of the Estate of Kirk Daniel Powless, et al.,

Plaintiffs,

v.

WHATCOM COUNTY, et al.,

Defendants.

C20-1125 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order entered December 15, 2021, docket no. 125, the Court appointed Michael B. Smith of Comfort Davies Smith & Crawford P.S. in Tacoma, Washington as Settlement Guardian Ad Litem for plaintiffs M.Q., G.Q., and Y.Q., and directed him to file a written report consistent with Washington Special Proceedings Rule 98.16W(e), under seal, within forty-five (45) days thereafter, which was January 31, 2022. No report has been timely filed, and no motion to approve a settlement has been submitted. The parties are DIRECTED to meet and confer and file a Joint Status Report within seven (7) days of the date of this Minute Order indicating (i) whether the required report has been prepared and, if not, why not; (ii) if a report is available, why it has not yet been provided to the Court; (iii) whether and, if so, when the parties anticipate seeking approval of the proposed settlement; and (iv) whether the Court should reinstate and decide the motions, docket nos. 64, 77, and 98, that were pending when the parties advised they had reached a settlement in principle, and if appropriate, set a trial date and related deadlines.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1